**95–1635.** State v. Finfrock. *Montgomery County*, No. 14578. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's overruling of his petition for post-conviction relief and a motion for delayed appeal. This appeal involves a civil, post-conviction matter

and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply.   Therefore,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction, effective August 29, 1995.